# UNITED STATES DISTRICT COURT

for the

District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

| | |
|---|---|
| UNITED STATES OF AMERICA | MAGISTRATE JUDGE: __Mark Falk__ |
| *Plaintiff* | CASE NO. __21-9067__ |
| v. | DATE OF PROCEEDINGS: __March 19, 2021__ |
| STEVEN BROOKS | |
| *Defendant* | DATE OF ARREST: _____ |

**PROCEEDINGS:** __Bail Hearing__

- [ ] COMPLAINT
- [ ] ADVISED OF RIGHTS
- [ ] COMMITMENT TO ANOTHER DISTRICT
- [ ] APPT. OF COUNSEL: [____] AFPD [____] CJA
- [ ] PRELIMINARY HEARING WAIVED ON THE RECORD
- [✓] CONSENT TO VIDEO VIA ZOOM
- [ ] PLEA ENTERED: [____] GUILTY [____] NOT GUILTY
- [ ] IDENTITY HEARING WAIVED ON THE RECORD
- [ ] FINANCIAL AFFIDAVIT APPROVED
- [ ] BRADY ORDER ON THE RECORD
- [ ] OTHER: _____

- [✓] ORDER OF DETENTION
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [✓] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:_____
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED_____
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG.          DATE:_____
- [ ] DETENTION/BAIL HRG.               DATE:_____
- [ ] TRIAL: [____] COURT [____] JURY   DATE:_____
- [ ] SENTENCING                        DATE:_____
- [ ] OTHER:_____        DATE:_____

**APPEARANCES:**

AUSA:__Benjamin Levin__

DEFT. COUNSEL:__Alan Zegas__

PROBATION:_____

INTERPRETER_____
          Language:

TIME COMMENCED:__10:30 am__
TIME TERMINATED:__11:15 am__
CD NO:__ECR__

__Lorraine McNerney__
DEPUTY CLERK