UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**LAW OFFICES OF ALAN L. ZEGAS**
60 Morris Turnpike, 3rd Floor West
Summit, New Jersey 07901
(O) 973-379-1999
(F) 973-379-1998
Attorneys for Defendant, Steven Brooks
Attorney I.D. 02133-1981

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | Hon. Cathy L. Waldor, U.S.M.J. |
| Plaintiff, | Mag. No. 21-9067 |
| vs. | |
| **STEVEN BROOKS,** | **NOTICE OF MOTION TO REVERSE THE DETENTION ORDER AND GRANT PRETRIAL RELEASE** |
| Defendant. | |

**TO:** Benjamin Levin, AUSA
United States Attorney's Office
970 Broad Street
Newark, New Jersey 07102

**PLEASE TAKE NOTICE** that at on a date to be set by the court defendant Steven Brooks, through his attorneys, Law Offices of Alan L. Zegas, shall move before the United States District Court for the District of New Jersey in Newark, New Jersey, for an Order grating pretrial release.

In support of the foregoing, defendant shall rely upon the annexed brief.

**LAW OFFICES OF ALAN L. ZEGAS**

   /s/ Alan L. Zegas
     ALAN L. ZEGAS

Dated:  April 14, 2021