Aidan P. O'Connor
PASHMAN STEIN WALDER HAYDEN, P.C.
21 Main Street, Suite 200
Hackensack, N.J. 07601
(201) 488-8200

Attorneys for Defendant Steven Brooks

---

| | |
|---|---|
| UNITED STATES OF AMERICA | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEW JERSEY |
| v. | |
| | Magistrate No. 21-9067 (CLW) |
| STEVEN BROOKS | |
| | SUBSTITUTION OF ATTORNEY |

The undersigned hereby consents to the substitution of Pashman Stein Walder Hayden, P.C., as attorneys for the defendant Steven Brooks in this case.

PASHMAN STEIN WALDER HAYDEN, P.C.            ZEGAS LAW

_____              _____
AIDAN P. O'CONNOR, ESQ.                      ALAN ZEGAS, ESQ.
Superseding Attorneys                        Withdrawing Attorneys

Dated: July 25, 2022                         Dated: July 26, 2022